UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISON AT LEXINGTON
CIVIL ACTION NO. _____

MT. HAWLEY INSURANCE COMPANY                                                           PLAINTIFF

v.

MESA MEDICAL GROUP, PLLC
       Serve:    Corporation Service Company, Registered Agent
                    421 West Man St.
                    Frankfort, KY 40601

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC
       Serve:    CSC-Lawyers Incorporating Service Co., Registered Agent
                    421 West Man St.
                    Frankfort, KY 40601

SOUTHEASTERN EMERGENCY SERVICES, P.C.
       Serve:    CSC-Lawyers Incorporating Service Co., Registered Agent
                    421 West Man St.
                    Frankfort, KY 40601

TIMOTHY ZIOLKOWSKI, M.D.
       Serve:    Dr. Timothy Ziolkowski
                    1107 Woods Edge Drive
                    Somerset, KY 42503

JENNIFER DICK, PA-C
       Serve:    Jennifer Dick, PA-C
                    2256 Kenwood Drive
                    Lexington, KY 40509                                               DEFENDANTS

## **COMPLAINT**

Plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley"), for its Complaint for Declaratory Relief against Defendants MESA Medical Group, PLLC, Southeastern Emergency Physicians, LLC, Southeastern Emergency Services, P.C., Timothy Ziolkowski, M.D., and Jennifer Dick, PA-C (collectively "Defendants"), states:

## I. PARTIES AND JURISDICTION

**1.** Plaintiff, Mt. Hawley Insurance Company is a corporation incorporated under the laws of Illinois with its principal place of business in Illinois. Mt. Hawley is authorized to do business in Kentucky, but is a citizen of Illinois for diversity of citizenship jurisdiction.

2. MESA Medical Group, PLLC ("MESA"), is and was at all times relevant hereto a Kentucky limited liability company, the Members of which are Marshall PLLC Holdings, LLC and Randal Dabbs, M.D. Dr. Dabbs is a citizen of Tennessee. MESA PLLC Holdings, LLC is a Delaware limited liability company, and its Member is Marshall Physician Services, LLC. The Member of Marshall Physician Services, LLC is Southeastern Emergency Physicians, LLC, which, as explained in paragraph 3 below, is not a citizen of Illinois. Therefore, MESA is not a citizen of Illinois.

3. Defendant Southeastern Emergency Physicians, LLC ("SEP") is a Tennessee limited liability company whose Member is Southeastern Physician Associates, LLC, which is a Tennessee limited liability company whose sole Member is Team Health, Inc, which is a Tennessee corporation with its principal place of business in Tennessee.

4. Defendant Southeastern Emergency Services, P.C. ("SES) is a Tennessee corporation with its principal place of business in Tennessee. SES is doing business in Kentucky under the name Southeastern Emergency Services, P.S.C., which is still a Tennessee corporation with its principal place of business in Tennessee.

5. Defendant Timothy Ziolkowski, M.D. ("Dr. Ziolkowski"), is and was at all times relevant hereto a citizen of Kentucky.

6. Defendant Jennifer Dick, PA-C ("Ms. Dick"), is and was at all times relevant hereto a citizen of Kentucky.

7. This action concerns coverage under an insurance policy, and the amount in controversy exceeds $1 million, exclusive of interest and costs.

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because it involves citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## II. FACTUAL BACKGROUND AND REQUEST FOR DECLARATORY RELIEF

9. Mt. Hawley is in the business of, among other things, issuing medical professional liability insurance policies.

10. Mt. Hawley issued Medical Professional Liability Policy number MME0000012 ("the Policy") to Marshall Medical Management, LLC ("Marshall"), with a Policy Period of October 1, 2013 to October 1, 2014.

11. The Policy was delivered to Marshall at its principal place of business in Lexington, Fayette County, Kentucky.

12. By endorsement to the Policy, the Named Insured includes MESA.

13. MESA's principal office listed with the Kentucky Secretary of State is at 1792 Alysheba Way, Suite 150, Lexington, Kentucky 40509.

14. On or about July 9, 2015, Haley Clontz filed a civil lawsuit against Defendants and others in Pulaski Circuit Court, Case No. 15-CI-00679 ("the Clontz Action").

15. In the Clontz Action, Mt. Hawley has been providing a defense to Defendants, to the extent that Haley Clontz seeks damages that are payable under the terms of the Policy.

16. The Insuring Agreement of the Policy provides in relevant part:

> With respect to the insurance provided hereunder, the duty to defend and duty to pay are not separate. The **Company** shall have the right and duty to defend any suit against the **Insured** seeking **Damages** which are payable under the terms of

       this policy, even if the allegations of the suit are groundless, false or fraudulent. It is further agreed that the **Company** may make such investigations as it deems expedient and may settle any **Claim**, but the **Company** shall not be obligated to pay any **Claim** or judgment or to defend or to continue to defend any suit or **Claim** after the applicable limit of the **Company's** liability has been tendered to the **Insured** or the claimant or exhausted by the payment of judgments, settlements or by **Claims Expenses**.

17. In early August 2016, Mt. Hawley offered to Haley Clontz payment of the applicable limit to settle her claims against Insureds or putative Insureds in the Clontz Action.

18. By letter dated August 18, 2016, Mt. Hawley tendered to Defendants, as Insureds or putative Insureds under the Policy, the applicable limit of Mt. Hawley's liability under the Policy.

19. Under the terms of the Policy, Mt. Hawley is not obligated to pay any Claim or judgment or to defend or to continue to defend the Clontz Action on behalf of Defendants.

20. All conditions precedent to the relief requested by Mt. Hawley have been performed or have occurred.

21. There is an actual controversy existing between the Mt. Hawley and Defendants concerning Mt. Hawley's obligations, if any, to pay any Claim or judgment or to defend or to continue to defend them in the Clontz Action.

22. Mt. Hawley has no adequate remedy at law and this is a proper case for the Court to exercise jurisdiction and declare rights and liabilities of the parties.

23. The judgment requested by Mt. Hawley will serve a useful purpose in clarifying and settling the legal relations at issue.

24. The judgment requested by Mt. Hawley will provide relief from the uncertainty, insecurity and controversy giving rise to this action.

25. Mt. Hawley is entitled to entry of a judgment under Fed.R.Civ.P. 57 and 28 U.S.C. §§ 2201-2202 declaring that Mt. Hawley is not obligated to pay any Claim or judgment or to defend or to continue to defend the Clontz Action on behalf of Defendants.

WHEREFORE, Plaintiff, Mt. Hawley Insurance Company, demands that judgment be entered against Defendants, MESA Medical Group, PLLC, Southeastern Emergency Physicians, LLC, Southeastern Emergency Services, P.C., Timothy Ziolkowski, M.D., and Jennifer Dick, PA-C, jointly and severally, as follows:

1. Declaring that Mt. Hawley is not obligated to pay any Claim or judgment or to defend or to continue to defend the Clontz Action on behalf of Defendants, as of the date that Mt. Hawley tendered the applicable limit to Defendants.

2. Awarding Mt. Hawley its costs and attorney's fees if appropriate; and

3. Awarding Mt. Hawley any and all other relief to which it may appear entitled.

Respectfully submitted,

s/Robert L. Steinmetz
Robert L. Steinmetz
rsteinmetz@gsblegal.com
Gwin Steinmetz & Baird, PLLC
401 West Main Street, Suite 1000
Louisville, KY  40202
(502) 618-5711 (phone)
(502) 618-5701 (fax)

*Counsel for Mt. Hawley Insurance Company*