UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CASE NO. 5:16-cv-00325-JMH

MT. HAWLEY INSURANCE COMPANY                                              PLAINTIFF

v.                    **MOTION FOR JUDGMENT ON THE PLEADINGS**

MESA MEDICAL GROUP, PLLC, et al.                                          DEFENDANT

      This is a declaratory judgment action to enforce unambiguous language in the insuring agreement of a professional services liability insurance policy – to declare that Plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley") is not obligated to continue to defend Defendants in the underlying tort lawsuit. Mt. Hawley moves the Court pursuant to Fed.R.Civ.P. 12(c) to grant the declaratory judgment requested in its Complaint and to dismiss Defendants' Counterclaims.

      Even assuming, for the limited purpose of this motion, the truth of all allegations in Defendants' Answer and Counterclaims, Mt. Hawley is entitled to a declaratory judgment holding, as a matter of law, that the policy language contained in the Insuring Agreement is valid and enforceable and that Mt. Hawley's duty to defend in the lawsuit filed by Haley Clontz (currently pending in Pulaski Circuit Court) terminated at the time it tendered its policy limit to Defendants.

      Furthermore, because the policy language upon which Mt. Hawley has acted is valid and enforceable, Mt. Hawley has not breached the insurance contract or committed "bad faith," and Defendants' Counterclaims should be dismissed. The grounds for this Motion are stated with

greater particularity in the Memorandum in Support of Motion for Judgment on the Pleadings filed with this motion.

Respectfully submitted,

s/Robert L. Steinmetz
Robert L. Steinmetz
rsteinmetz@gsblegal.com
Gwin Steinmetz & Baird, PLLC
401 West Main Street, Suite 1000
Louisville, KY 40202
(502) 618-5711 (phone)
(502) 618-5701 (fax)

*Counsel for Mt. Hawley Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Sammons, Anthony.sammons@dinsmore.com
Joel C. Hopkins, jhopkins@saul.com
Joseph C. Monahan, jmonahan@saul.com

s/Robert L. Steinmetz

T:\STEINMETZ\RLI\Clontz v. Mt. Hawley\Motion for Judgment on the Pleadings.docx